Robert J Custis, OSB No 792044
Email: rjc@rjcustislaw.com
Robert J Custis PC
494 State Street, Ste 300C
Salem, OR 97301
Telephone: 503/378-0624
Fax: 503/779-2578

Attorneys for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD FIDLIN, COAST TOWING, INC, an Oregon Corporation, WALDPORT ALL METALS RECYCLING LLC, an Oregon Limited Liability Company, B & R LEASING, LLC, an Oregon Limited Liability Company and NEWPORT MOTORS LLC an Oregon Limited Liability Company<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF WALDPORT, An Oregon Municipality<br><br>Defendant. | No. 6:23-CV-00157-MC<br><br>Lincoln Co Court Case No. 22CV44123<br><br>**AMENDED COMPLAINT FOR INTENTIONAL INTERFERENCE OF BUSINESS RELATIONSHIP, CIVIL RIGHTS VIOLATION (42 USC 1983) AND DEFAMATION**<br><br>CLAIM NOT SUBJECT TO MANDATORY ARBITRATION per ORS 36.405(1)(a). |

Plaintiffs alleges:

***General Facts***

1.

At all times material herein Plaintiff Richard Fidlin ("Fidlin") was a resident living in Waldport, Oregon and has conducted business in the central coast area including Waldport and Newport, Oregon. While doing business therein he was a member in B & R Leasing, LLC; a shareholder and officer of Coast Towing, Inc; and was a member of Waldport All Metals Recycling LLC and Newport Motors LLC.

ROBERT J. CUSTIS, OSB #792044
ROBERT J. CUSTIS, PC
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

2.

At all times material herein, Plaintiff Coast Towing, Inc is an Oregon Corporation authorized to do business in the State of Oregon. ("Coast Towing"). Coast Towing's office is located in Lincoln County, Oregon and conducts business as a tow truck company operating out of Newport, Oregon, Waldport, Oregon, and the Central Coast area. Coast Towing has a Tow Business Certificate through the Oregon Department of Transportation to conduct business as a tow truck operation which includes towing and storage.

3.

At all times material herein, Plaintiff B & R Leasing LLC is an Oregon Limited Liability Company authorized to do business in the State of Oregon with offices located In Lincoln County, Oregon ("B & R"). B & R is the owner of real property located at 1129 Hwy 101 Waldport, Oregon ("Property") and property adjacent thereto.

4.

At all times material herein Plaintiff Newport Motors LLC is an Oregon Limited Liability Company authorized to do business in the State of Oregon with offices located in Lincoln County, Oregon ("Newport Motors"). Newport Motors principally buys and sells used motor vehicles.

5.

At all times material herein Plaintiff Waldport All Metals Recycling LLC is an Oregon Limited Liability Company authorized to do business in the State of Oregon with offices located in Lincoln County, Oregon ("WAM"). WAM planned to do business as WAM Towing and does business as WAM Recycling LLC. WAM is licensed as a dismantler through Oregon Department of Transportation. WAM planned to operate as a Tow Truck Operator and to manage a wrecking yard located adjacent to the Property as part of its recycling metals and used car parts.

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

6.

At all times material herein Defendant City of Waldport is a municipality incorporated and located in the Central Coast in the State of Oregon. ("Waldport"). At all times material herein Dann Cutter was and is employed by Waldport as its City Manager and acted on behalf of and within the scope of his authority as City Manager ("Cutter").

7.

At all times material herein Defendant Waldport manages multiple departments that govern and regulate the issuance of business licenses, processing of Planning, Zoning, Land Use and Public Safety issues. In the exercise of its authority Waldport works closely with and "partners" with State and Federal Governmental agencies including but not limited to Lincoln County Sheriff, Oregon State Police, Department of Environmental Quality, Oregon Department of Transportation, the Oregon Department of Motor Vehicles, and Department of State Lands.

8.

Plaintiffs satisfied the requirements of ORS 30.275 by sending a Tort Claims Notice dated August 2, 2022 on or about August 3, 2022.

***Count One***

***Intentional Interference of Business Relationship***

***Claims of Coast Towing, WAM, B & R Leasing, and Newport Motors***

9.

By this reference Plaintiff's realleges those matters contained in paragraphs 1 through 8 of this Complaint and by this reference incorporate these allegations herein.

10.

At all times material herein the Plaintiffs operated a series of businesses as described above in paragraphs 2 through 6 and were generally held in high regard in the community.

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

11.

On or about February 2, 2021, Fidlin acquired the property located at 1129 Hwy 101 Waldport, Oregon ("Property") in the name of B & R which is adjacent to the property operated as a tow yard by Coast Towing and owned by WAM. Fidlin thereafter had interest in the development of the Property, employed a Planner Consultant and Architect and met with Waldport's planner in approximately August of 2021. During meetings with Waldport's planner Fidlin was advised by the City of Waldport that Central Coast Fire District ("Fire District"), which services Waldport, had interest in acquiring the Property for the purpose of building a new fire station at the location of the Property. Thereafter Fidlin spoke with members of the fire district board who expressed strong interest in purchasing the Property but advised that the Fire District would not be able to commit to a purchase until March of 2022. The Waldport Planner stated that by selling both the Property and the adjacent properties, and delaying the planned development Coast Towing and WAM could move to Waldport's planned industrial park. Fidlin, in reliance on these representations by Waldport chose to delay development on the Property. As part of this same representation, Fidlin was informed that there would be interest in acquiring the adjacent property owned by Plaintiffs.

12.

Between 2018 through 2020 Waldport attempted to purchase this same Property from Oregon Coast Community College for the purpose of relocating the Waldport City Hall and the construction of a new fire station for the Fire District. This project was referenced as the Joint Relocation Project. Instead of following through with an attempt to purchase the properties Waldport and Cutter intentionally interfered with B & R ownership in the Property and the operation of Plaintiffs' businesses through improper means and/or for an improper purpose in one or more of the following:

A. Refusing to renew the business license of Coast Towing and WAM;

ROBERT J. CUSTIS, OSB #792044
ROBERT J. CUSTIS, PC
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

B. Attempting to get the properties classified as EPA Brownfield which is a program created to make it much easier for Cities and Other Governments to take possession of, redevelop and improve abandoned and "underused" industrial sites;

C. In preventing WAM from operating as a dismantler and Coast Towing from operating as a Towing Operation causing the nonconforming use status for the operation of dismantling and a tow yard on the adjacent property to expire in March of 2023;

D. Making false and unjustified complaints to local, state and federal agencies;

E. Issuing a Cease and Desist Order without the required prior notice or justification as called for in the Waldport Municipal Code (5.04.037 Revocation/Suspension Of License);

F. Knowing that there was no immediate health hazard or threat to the environment, Cutter directed City Recorder Reda Eckerman to issue citations against Plaintiffs with daily fines of $5,500 with a stated goal of making the fines more than the plaintiffs could pay, resulting in Waldport acquiring the property through fine lien foreclosure and prompting the Waldport Mayor to publically state "We are also shutting down businesses that are a threat to our ground water and environment or doing things not authorized within the City limits" which quote was directed at the plaintiffs..

G. Making false and unjustified complaint to Department of Environmental Quality ("DEQ");

H. Making the same false and unjustified complaint rejected by DEQ to state and local officials with the intent of misleading them into the conclusion that Plaintiffs are an environmental blight on the community, guilty of criminal activity, and should no longer be allowed to operate its businesses;

I. In falsely representing to these state and local officials that the DEQ investigation was on going knowing that DEQ had already closed its investigation after an inspection;

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

J. In falsely representing that the properties contained wetlands knowing that both the DEQ and Waldport had inspected the properties and the wetlands inventories confirmed the absence of wetlands on lot 1129 and incorrectly identified one on lot 500.

K. In contacting the Oregon State Police Department ("OSP") and Lincoln County Sheriff's office ("Sheriff") and causing Coast Towing to be removed from the non-preference tow list and/or causing the number of calls from OSP and Sheriff to Coast Towing to be reduced.

L. In attempting to get Plaintiff's business licenses restricted and/or revoked;

M. In falsely stating and representing that WAM and Coast Towing were out of business;

N. In falsely representing to the Lincoln County Sheriff's office that Coast Towing truck drivers were illegally operating their trucks in the City of Waldport attempting to get the drivers arrested and/or cited;

O. In falsely representing to the Lincoln County Sheriff's office that Coast Towing trucks were illegally parked on public streets when the trucks were parked on private property owned by the Plaintiffs, going so far as to begin the impound process by affixing the 24hr tow away notice on the vehicles;

P. In making the false misrepresentations listed above to Quentin Smith ("Smith") the operator of Yachats News and that Plaintiffs were illegally operating as alleged herein; and

Q. In operating a drone over the Plaintiffs property and gathering information thereby in violation of ORS 837.310 and ORS 837.360.

13.

The actions of Waldport interfered with the business of the Plaintiffs and its business relations and/or advantage causing damage to Plaintiffs in the sum of

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

A. Coast Towing Economic damages in the sum of $400, 000 through the end of 2022 and lost future profits of $400,000;

B. WAM Economic damages in the sum of $50,000 and lost future profits in the sum of $50,000;

C. B & R Leasing in the sum of $150,000 to remove the vehicles and metal in various stages of dismantle and scraping located on the adjacent properties following the loss of its nonconforming use authorization; and

*D.* Newport Motors in the sum of $50,000 and lost future profits in the sum of $50,000.

***Count Two***

***Violation of Civil Rights 42 USC 1983***

***Claims of Coast Towing, WAM, B & R Leasing, and Newport Motors***

14.

By this reference Plaintiff's realleges those matters contained in paragraphs 1 through 8, 10 through 12 and 13 of this Complaint and by this reference incorporate these allegations herein.

15.

At all times material herein Cutter was acting under the color of law as "Code Enforcer" and City Manager of Waldport. The actions of Waldport and Cutter violated the rights of Plaintiffs granted to them by the ordinances of Waldport, state and federal statutory and constitutional rights in at least, but not necessarily limited to, the following particulars:

A. The City of Waldport and Cutter violated Plaintiffs' rights to procedural due process by, among other things, depriving Plaintiffs of their business licensure without the requisite notice and opportunity to be heard. The City and Cutter deprived Plaintiffs of their

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

property interest, in violation of the Due Process clause, by impairing Plaintiffs' business goodwill within the community and by depriving Plaintiffs of any economically beneficial use of their property.

B. The City of Waldport and Cutter violated Plaintiffs' rights to substantive due process by arbitrarily and irrationally attempting to have Plaintiffs' property classified as an EPA "Brownfield," by issuing daily citations to Plaintiffs in the amount of $5,500 in the absence of any immediate health hazard to the public or environment as a result of Plaintiffs' use of their property, by making false and unjustified complaints to the Oregon DEQ, by falsely representing that Plaintiffs' property contained wetlands, and by making false representations to law enforcement and others regarding Plaintiffs' businesses that served no legitimate government purpose and that impaired Plaintiffs' business goodwill and ability to generate profit from their businesses.

C. The City of Waldport and Cutter took Plaintiffs' property for public use without just compensation in violation of the Fifth Amendment Takings Clause. The City of Waldport and Cutter subjected Plaintiffs to a course of conduct intended to oust Plaintiffs from their property, as evidenced by the $5,500 daily fines that were asserted upon Plaintiffs' property, the attempt by Waldport and Cutter to have Plaintiffs' property classified as an EPA Brownfield, and by Waldport and Cutter's false and unjustified complaints to other government agencies. As a result of regulations by the City of Waldport, Plaintiffs lost all economically beneficial use of their property. By virtue of Waldport's regulation, Plaintiffs were in fact ousted from their property.

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

16.

Plaintiffs are entitled to their attorney fees pursuant to 42 USC 1988.

***Count Three***

***Defamation***

***Claim of Fidlin Only***

17.

By this reference Plaintiff Fidlin realleges those matters contained in paragraphs 1 through 8 and 10 through 11 of this Complaint and by this reference incorporate these allegations herein.

18.

By this reference Plaintiff Fidlin realleges those matters contained in sub paragraphs D, F, G, H, I, J, M, N, O, and P of paragraph 12 of the Complaint and by this reference incorporate these allegations herein.

19.

Cutter intentionally and while acting with malice published the false statements previously alleged knowing that the publication would and actually caused Fidlin and his businesses harm.

20.

Fidlin as a direct and proximate cause of the publication of the false statements was damaged in one or more of the following particulars

A He suffered public humiliation and emotional pain and suffering in the sum of $50,000 in Non-economic damages; and

B Economic damages as alleged in paragraph 13.

WHEREFORE, Plaintiffs demand a monetary judgment against the defendant:

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com

(a) For Count 1 a monetary Judgment in favor of Coast Towing for $800,000, WAM for $100,000, B & R Leasing for $150,000 and Newport Motors for $100,000 against Defendant;

(b) For Count 2 a monetary Judgment in favor of **(**Coast Towing for $800,000, WAM for $100,000, B & R Leasing for $150,000 and Newport Motors for $100,000**,** and Plaintiffs' attorney fees;

(c) For Count 3 a monetary judgment in favor of Fidlin against Defendant in the sum of $50,000; and

(d) Plaintiffs' costs and disbursements incurred herein.

Respectfully submitted, this 20th day of February, 2023.

/s/ Robert J Custis
Robert J Custis, OSB# 792044
Attorney for Plaintiffs

**ROBERT J. CUSTIS, OSB #792044**
**ROBERT J. CUSTIS, PC**
494 State Street, Ste 300C
Salem, Oregon 97301
(503) 378-0624
Fax (503) 779-2578
rjc@rjcustislaw.com