The Honorable Michael McShane

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD FIDLIN, COAST TOWING, INC, an Oregon Corporation, WALDPORT ALL METALS RECYCLING LLC, an Oregon Limited Liability Company, B & R LEASING, LLC, an Oregon Limited Liability Company and NEWPORT MOTORS LLC an Oregon Limited Liability Company | Case No.: 6:23-CV-00157-MC |
| Plaintiffs | JOINT RULE 26(f) REPORT |
| vs. | |
| CITY OF WALDPORT, An Oregon Municipality | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedures ("FRCP") 26(f), counsel for the parties conferred on April 25, 2023, and hereby submit this Joint Rule 26 Report as required by FRCP 16(b) and 26(f) and District of Oregon Local Rule 26-1.

**2.    Initial Disclosures.**

The Parties waive initial disclosures.

**3.    Anticipated Discovery**

Consistent with FRCP 26, the parties will seek discovery as to any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case. The Parties do not anticipate a need to phase or bifurcate discovery in this case at this time.

**6.     Discovery and Pretrial Deadlines.**

The parties jointly proposed the following pretrial deadlines.

| EVENT | DEADLINE |
|---|---|
| Deadline to Amend Complaint or Add Additional Parties | November 1, 2023 |
| Close of fact discovery | January 5, 2024 |
| Expert Reports Due | February 16, 2024 |
| Rebuttal Expert Reports | March 22, 2024 |
| Expert discovery closes | April 26, 2024 |
| Deadline to file dispositive motions including motions for summary judgment | May 29, 2024 |
| Joint ADR Report | May 29, 2024 |

ROBERT J. CUSTIS, PC                    HODGKINSON STREET MEPHAM, LLC


Robert J. Custis, OSB No. 792044        /s Bradley F. Piscadlo
Email: rjc@rjcustislaw.com              Bradley F. Piscadlo, OSB No. 071639
Attorney for Plaintiffs                 Email: bfp@hs-legal.com
                                        Of Attorneys for Defendant City of Waldport

1        <u>**CERTIFICATE OF SERVICE**</u>

2            I hereby certify that on the 25th day of April 2023, I served the foregoing JOINT

3        RULE 26(f) REPORT on the following:

4            Robert J. Custis, PC
             494 State St Ste 300C
5            Salem OR  97301
             503 378-0624
6            rjc@rjcustislaw.com

7            *Of Attorneys for Plaintiffs*

8

9

10       by the following indicated method(s):

11       [ ] by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid
         envelope, addressed to the foregoing attorney at the last known office address of the attorney,
12       and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

13       [√] by **emailing** a full, true and correct copy thereof to the attorneys at the email addresses
         shown above, which are the last-known email addresses for the attorneys' offices on the date set
14       forth above.

15       [ ] by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last
         known address listed above on the date set forth above.
16

17       [ ] by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid
         envelope, addressed to the attorney as shown above on the date set forth above.
18

         [ ] by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above,
19       which is the last-known fax number for the attorney's office on the date set forth above.

20       [√]  by service through the Court's District of Oregon – Document Filing System

21

22                                          Cathy Dickman

23

24

25

26

Page 1 –      CERTIFICATE OF SERVICE                    Hodgkinson    1620 SW Taylor
                                                        Street        Suite 350
                                                        Mepham,       Portland OR 97205
                                                        LLC           (503) 222-1143
                                                                      (503) 222-1296 (fax)