Ramon Henderson, OSB No. 183579
rh@hs-legal.com
HODGKINSON STREET MEPHAM, LLC
1620 SW Taylor, Suite 350
Portland, Oregon 97205
Telephone: (503) 222-1143
Fax: (503) 222-1296

The Honorable Michael McShane

Of Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD FIDLIN, COAST TOWING, INC, an Oregon Corporation, WALDPORT ALL METALS RECYCLING LLC, an Oregon Limited Liability Company, B & R LEASING, LLC, an Oregon Limited Liability Company and NEWPORT MOTORS LLC an Oregon Limited Liability Company <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF WALDPORT, An Oregon Municipality <br><br> Defendant. | Case No.: 6:23-CV-00157-MC <br><br> GENERAL JUDGMENT OF DISMISSAL |

Based upon the parties' FRCP 41 Stipulated Dismissal dismissing all of plaintiffs' claims

against defendant with prejudice and all of defendant's claims against plaintiffs with prejudice,

IT IS HEREBY ADJUDGED that all claims against all parties are dismissed in their

entirety, with prejudice and without costs or fees to any party.

Dated:  8/1/2024.

s/Michael J. McShane
_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Page 1  GENERAL JUDGMENT OF DISMISSAL

Hodgkinson
Street, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

**Submitted by:**

Ramon Henderson, OSB No. 183579
*Attorneys for Defendant City of Waldport*

Hodgkinson
Street, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)